UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3316-GW-PDx | Date | July 7, 2023 |
|---|---|---|---|
| Title | *Jabari Shelton v. LVDV Holdings, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - SCHEDULING ORDER

    The parties in the two above-captioned actions have filed a "Stipulated Motion to Consolidate Cases" wherein they request consolidation for all purposes except for trial. *See* No. 2:22-cv-05921-GW-PD, Docket No. 53. As stated by the parties, "the Actions involve identical trademarks and similar factual issues and legal theories, consolidation would serve to avoid unnecessary costs." Because the two actions appear to satisfy the requirements for consolidation, in that they involve identical trademarks and the question of ownership of the trademarks, *see* Fed. R. Civ. P. 42(a), the Court will grant the stipulated motion to consolidate the cases for all purposes *including* trial, without need for oral argument on the motion. The July 10, 2023, hearing date set for the motion is vacated. *See* C.D. Cal. L.R. 7-15. The prospect of *two* trials on identical trademarks and similar factual issues would be somewhat nonsensical.

    The Court has reviewed the parties' Joint Rule 26(f) Reports in the cases (*see* respectively Docket Nos. 64, 50) and finds it can set the schedule in this now consolidated caser without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the July 10, 2023 scheduling conference date is taken off-calendar.

    The Court sets the following dates:

    1. The parties will have until July 31, 2023 to amend under Fed. R. Civ. P. 15. Thereafter, any amendments must be made by way of a motion under Fed. R. Civ. P. 16.

    2. Post-mediation status conference is set for March 7, 2024 at 8:30 a.m., with mediation to be completed by March 4, and the parties to file a post-mediation status report by March 5. The parties have elected to mediate through a private mediation service.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3316-GW-PDx | Date | July 7, 2023 |
|---|---|---|---|
| Title | *Jabari Shelton v. LVDV Holdings, LLC, et al.* | | |

    3. All regular discovery will be completed by March 22, 2024. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

    4. All expert discovery will be completed by April 26, 2024. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

    5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 27, 2024.

    6. The pre-trial conference will be held on June 27, 2024 at 8:30 a.m. See Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 32).

    7. Jury trial will begin on July 9, 2024 at 9:00 a.m.

**cc: ADR Program**

| | : |
|---|---|
| Initials of Preparer | JG |