JS-6

Hayes F. Michel (Cal. State Bar: 141841)
The Law Office of Hayes F. Michel, PC
1880 Century Park East, #1011
Los Angeles, CA 90067
310.277.7342
hayes@hfmichel.law
Attorneys for LVDV Holdings, LLC,
Frederick Hunter and Blueprint Apparel Group, Inc.

BRANDON LEOPOLDUS (SBN 275276)
brandon@leopoldus.com
**LEOPOLDUS LAW, APC**
10736 Jefferson Blvd. #920
Culver City, California 90230
Tel: (323-682-0511)

BENJAMIN C.R. LOCKYER (*Admitted Pro Hac Vice*)
ben@lockyerlaw.com
**LOCKYER LAW LLC**
6515 W. Archer Ave.
Chicago, Illinois 60638
Tel: (773) 340-0011
*Attorneys for Defendant and Counter-Plaintiff Jabari Shelton*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LVDV Holdings, LLC,

              Plaintiff,

              vs.

JABARI SHELTON,

Defendant

No. CV 22-5921-GW-PDx
and related consolidated case:
No. **CV 23-3316-GW-PDx**

ORDER RE DISMISSAL

Assigned to Honorable George H. Wu

The Court, having considered the Parties' Joint Stipulation for Dismissal, hereby dismisses Case No. 2:22-CV-5921-GW-PDx (LVDV Holdings, LLC v. Shelton) and 2:23-cv-03316-GW-PDx with prejudice.

Pursuant to the Parties' Stipulation, the Court shall maintain jurisdiction over these matters to enforce the Settlement Agreement, pursuant to the California Code of Civil Procedure, §664.6.

June 4, 2026 _____

HON. GEORGE H. WU,
United States District Judge