**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LVDV Holdings, LLC,

Plaintiff,

vs.

JABARI SHELTON,

Defendant

No. CV 22-5921-GW-PDx
and related consolidated case:
No. 2:23-cv-03316-GW-PDx

ORDER FINDING JABARI SHELTON IN CONTEMPT OF COURT

Assigned to Honorable George H. Wu

WHEREAS, on September 7, 2026, Plaintiff LVDV Holdings, LLC, filed a Motion to Enforce the Settlement Agreement between the Parties [Dkt. No. 320];

WHEREAS, on October 14, 2026, the Court signed an Order granting LVDV Holdings' Motion to Enforce [Dkt. No. 327], stating, in part:

THEREFORE, the Court Orders:

(1) By no later than October 16, 2026, Mr. Shelton is ordered to sign Exhibit B to the Settlement Agreement and to return the signed document with to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

(2). By no later than October 16, 2026, Mr. Shelton is ordered to sign Exhibit C to the Settlement Agreement and to return the signed document with to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

(3) By no later than October 16, 2026, Mr. Shelton is ordered to dismiss any and all actions relating to VLONE trademarks pending in the United States Patent and Trademark Office, with service to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

(4) By no later than October 12, 2026, Plaintiff's counsel is ordered to send a copy of this [Proposed] Order to Mr. Shelton at the address provided for Notices in the Settlement Agreement and Mr. Shelton's last known address, along with the documents he is to sign and an explanation that if he does not sign and return the documents by no later than October 16, 2026, he will be subject to sanctions for Contempt of Court in the amount of $500 per day for 10 days. After 10 days, the amount of sanctions will increase to $1,000 until the documents are signed and served upon LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

(5) By no later than October 20, 2026, LVDV Holdings' counsel is to submit a Status Conference Report to the Court, informing the Court of the status of compliance with this Order.

WHEREAS, on October 20, 2026, LVDV Holdings' counsel submitted a Status Conference Report to the Court demonstrating that Mr. Shelton had been given notice of the Court's Ruling to Mr. Shelton. [Dkt. No. 328]

WHEREAS, despite having been given notice of the Court's Order, Mr. Shelton has continued to refuse to comply with the Court's Order. Specifically, among other things, Mr. Shelton has not:

(1) signed Exhibit B to the Settlement Agreement and returned the signed document to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

(2) signed Exhibit C to the Settlement Agreement and returned the signed document to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

(3) dismissed any and all actions relating to VLONE trademarks pending in the United States Patent and Trademark Office, with service to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

THEREFORE, with good cause showing, IT IS ORDERED:

Starting as of October 28, 2026, Jabari Shelton is hereby ordered to pay $500 per day to:

_______ LVDV Holdings, through their counsel, Hayes Michel, 1880 Century Park East, Suite 1011, Los Angeles, California 90067;

OR

___**X**___. United States District Court for the Central District of California, Edward R. Roybal Federal Building, 255 E. Temple Street, Suite TS-134, Los Angeles, California 90012.

The daily payments will be required to be paid, until Mr. Shelton:

(1) signs Exhibit B to the Settlement Agreement and returns the signed document to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law;

(2) signs Exhibit C to the Settlement Agreement and returns the signed document to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law; and

(3) dismisses any and all actions relating to VLONE trademarks pending in the United States Patent and Trademark Office, with service to LVDV Holdings' counsel via e-mail at hayes@hfmichel.law.

If, as of November 30, 2026, Mr. Shelton has failed to comply with the three requirements set forth above, Mr. Shelton will be ordered to pay $1,000 per day until he does in fact comply.

The Court reserves the right to take all appropriate steps to compel compliance with this Order, including imprisonment.

IT IS SO ORDERED

DATE: October 27, 2026

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE